UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CLIFFORD KIRSTEIN, KELEN MAGAEL BUCHAN, MARK EL BERNACHAWY, and AGIYL KAMALDIN,<br><br>        Defendants. | No. CR 13-00469-CJC<br><br>ORDER GRANTING<br>RULE 15 DEPOSITIONS OF<br>THREE WITNESSES<br><br>(Under Seal) |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The Government's Motion for Order Granting Rule 15 Depositions of Three Witnesses is GRANTED. Government witnesses Bernard Freedman, Annie Tyler, and Aaron Tyler (the "witnesses") are ordered to appear for depositions at the earliest convenience of all parties, but no later than May 21, 2019.

    1.    The deposition of Bernard Freedman will occur in the Los Angeles U.S. Attorney's Office located at the United States Courthouse, 312 N. Spring Street, Los Angeles, California 90012.

    2.    The depositions of Annie and Aaron Tyler will occur in the Santa Ana U.S. Attorney's Office or another suitable location (such as an empty courtroom) within the Ronald Reagan Federal Building,

United States Courthouse, 411 W 4th St #1-053, Santa Ana, California 92701.

    3.    The following procedures shall apply to the ordered depositions:

        a.    The witnesses shall appear for a video-taped deposition. The questioning shall be conducted by the attorneys for the United States and the defendants, in the presence of a Certified Court Reporter, who will place the witnesses under oath;

        b.    The witnesses shall be questioned first by the prosecuting attorneys, then cross-examined by the defendants' attorneys, and then questioned by the prosecuting attorneys on redirect examination in a manner conforming to federal evidentiary rules;

        c.    The questions and the answers of the witnesses shall be recorded verbatim by a court reporter and by video, and a transcript of the proceedings will be prepared; and

        d.    The defendants, who are in custody, shall be present, unless they waive that right.

IT IS SO ORDERED.

May 3, 2019

DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

KIMBERLY D. JAIMEZ
Assistant United States Attorney